**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JON HOGLE,**

***Petitioner*,**

**v.** **Case No.: 4:23cv329-MW/MAF**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

***Respondent*.**

________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Petitioner’s objections, ECF No. 27. Having reviewed the objections, this Court respectfully disagrees with Petitioner’s contention that this Court should conclude that the state court unreasonably applied *Strickland* as to deficient performance, given the deference this Court affords the state court’s merits determination on deficiency.

As to the first ground, whether counsel was deficient in not advising Petitioner that his decision to testify could result in his conviction, this Court is not persuaded that it should not defer to the state court’s determination concerning counsel’s advice about presenting a plausible defense to the intent question before the jury. Defendants take the stand every day to present their version of events and their intent behind their own actions, and the fact that a jury may not believe their version of

events does not undermine counsel's advice concerning the decision to testify simply because counsel did not explain the obvious—you could be convicted if the jury does not believe you.

As to the second ground, this Court likewise is unpersuaded that the trial court's determination regarding whether counsel's tactical decision not to aggressively cross-examine the child witnesses constituted deficient performance. This is not a case where the inconsistent prior statements were so stark—for example, a prior statement denying the incident occurred followed by a recantation of that prior denial—as to require a more thorough cross-examination to draw out the material inconsistencies.

Inasmuch as this Court defers to the state court's merits determinations regarding deficiency, this Court need not reach the issue of prejudice.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 24, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on August 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**